IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY ALLEN McCLELLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CV-466-ID |
| | ) | (WO) |
| STATE OF ALABAMA | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #4), and Plaintiff's Objection, (Doc. #5). Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #5) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 5th day of August, 2011

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE